IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK WROTEN, AIS 206584 | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | ) CIVIL ACTION NO. 16-00406-CG-C<br>)<br>) |
| WARDEN GORDY and THE STATE OF ALABAMA, | )<br>)<br>) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Order separately entered this date, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Petitioner Frederick Wroten's request for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DISMISSED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 19th day of April, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE